IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | No. 12-19259 |
| CAROLINE F. FIERMUGA | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF
<u>CAROLINE F. FIERMUGA</u>**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $4,176.00 for 12.3 hours of legal services rendered to Trustee (including 1 hour of estimated time to prepare this Application and attend the hearing on same) and actual and necessary costs in the amount of $18.40 from July 13, 2012, to the present.

In support of this Final Application, Trustee states as follows:

### I. <u>COMMENCEMENT OF PROCEEDING</u>

1. On May 11, 2012, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2. The 341 meeting was held on July 12, 2012.

3. On August 7, 2012, the Court entered its Order granting Trustee's Motion to Retain and Pay Special Counsel and to Approve Settlement as to Debtor Only (Docket No. 36).

4. During the 341 meeting, the Debtor disclosed her participation in a lawsuit pending in the United States District Court for the Northern District of Illinois, Case No. 12 CV

00897 (the "**Lawsuit**").  The Lawsuit is a sexual harassment lawsuit that was filed by Debtor and 18 other plaintiffs (the "**Plaintiffs**").  Debtor failed to list the Lawsuit on the schedules filed with her chapter 7 voluntary bankruptcy petition.

5. The Lawsuit was settled prior to the Petition Date.  The parties executed a settlement agreement (the "**Settlement Agreement**").  The Settlement Agreement includes a confidentiality provision that generally prohibits disclosure of the Agreement, and its terms, to third parties.

6. On July 13, 2012, Trustee filed his initial report of assets.

7. All professional services for which compensation is requested herein were performed by Q&B and on behalf of the Trustee and not for or on behalf of any creditor or any other person.  Trustee separately accounts for his services as trustee herein, and does not request interim compensation for those services at this time.

### NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

8. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on August 7, 2012, retroactive to July 13, 2012.  Q&B has devoted its time to legal matters in this case, including the following:

#### A. EMPLOYMENT OF PROFESSIONAL PERSONS

9. Q&B drafted the motion, and obtained court approval, to retain Q&B as Trustee's General Counsel.  Q&B also prepared the motions, and obtained court approval, to retain Mark Roth, and Law Office Orum & Roth LLC and to Approve Settlement.  In addition, Q&B prepared the instant request for payment.  In connection with the retention applications and requests for payment, Q&B expended 8.1 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests

compensation of $2,811.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Philip V. Martino | 1.1 |
| Sarah K. Baker | 6.5 |
| Colleen A. Greer | .5 |

### B. ASSETS

10. Q&B worked with Trustee's Special Counsel, Mark Roth, regarding the settlement of the Lawsuit. In connection with the settlement, Q&B expended 4.2 hours for which it requests compensation of $1,365.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Sarah K. Baker | 4.2 |

### II. STATEMENT OF LEGAL SERVICES AND EXPENSES

11. Since July 13, 2012, Q&B has devoted 12.3 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $4,176.00

12. While representing Trustee, Q&B expended $18.40 in delivery charges and photocopies ($.10 per page). Q&B respectfully requests to be compensated for these reasonable and necessary costs. Attached as **Exhibit C** is a breakdown of the costs.

13. Attached as **Exhibit D** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

14. Attached as **Exhibit E** is Philip Martino's affidavit in support of the Application.

3

QB\18580747.1

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $4,176.00 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of $18.40 in reasonable and necessary costs incurred in the administration of this case; and

C. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By: /s/Philip V. Martino
    Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5000

**Quarles & Brady** LLP

411 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1806664
Invoice Date: December 31, 2012

Privileged & Confidential

Philip V. Martino as Trustee for Caroline F. Fiermuga
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through December 31, 2012
Re: Caroline F. Fiermuga - Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 147912.00003

| | | |
|---|---|---:|
| | Current Fees: | $ 2,261.00 |
| | Current Total Due: | $ 2,261.00 |
| | **TOTAL AMOUNT DUE:** | **$ 2,261.00** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Caroline F. Fiermuga Caroline F. Fiermuga, Chapter 7 Bankruptcy

RE: Caroline F. Fiermuga - Professional Retention Chapter 7 Bankruptcy

Q & B Matter Number: 147912.00003

December 31, 2012

Invoice Number: 1806664

Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 06/28/12 | Review draft motions to retain counsel. | SBAKER | 0.20 |
| 07/16/12 | Review motions to retain and approve settlement. | SBAKER | 0.80 |
| 07/17/12 | Review conflicts results for connections affidavit. | PMARTINO | 0.10 |
| 07/20/12 | Revise retention applications. | SBAKER | 1.10 |
| 07/20/12 | Draft email to M. Roth regarding retention application and motion to approve settlement. | SBAKER | 0.30 |
| 07/23/12 | Draft email to M. Roth regarding retention application. | SBAKER | 0.20 |
| 07/23/12 | Review email from M. Roth regarding retention motions. | SBAKER | 0.10 |
| 08/07/12 | Attend hearing regarding retention application and settlement motion. | SBAKER | 3.00 |
| 08/07/12 | Prepare for hearing regarding retention applications and settlement agreement. | SBAKER | 0.50 |
| 11/06/12 | Prepare draft of application for compensation for Q&B (.5). | CGREER | 0.50 |
| 11/06/12 | Review final fee application. | SBAKER | 0.30 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.10 | 550.00 | 55.00 |
| SBAKER | Sarah K. Baker | 6.50 | 325.92 | 2,118.50 |
| CGREER | Colleen A. Greer | 0.50 | 175.00 | 87.50 |
| Total | | 7.10 | | 2,261.00 |

Total Fees:     $     2,261.00

**Quarles & Brady** LLP

411 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Milwaukee and Madison, Wisconsin  
Naples and Tampa, Florida  
Phoenix and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   1806665  
Invoice Date:     December 31, 2012

Privileged & Confidential

Philip V. Martino as Trustee for Caroline F. Fiermuga  
Suite 4000  
300 North LaSalle Street  
Chicago, IL 60654

For Professional Services Rendered Through December 31, 2012  
Re: Caroline F. Fiermuga - Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 147912.00005

|  |  |  |
|---|---|---|
| Current Fees: | $ | 1,365.00 |
| Current Total Due: | $ | 1,365.00 |
| **TOTAL AMOUNT DUE:** | **$** | **1,365.00** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Caroline F. Fiermuga Caroline F. Fiermuga, Chapter 7 Bankruptcy
RE: Caroline F. Fiermuga - Assets Chapter 7 Bankruptcy
Q & B Matter Number: 147912.00005

December 31, 2012

Invoice Number: 1806665
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 07/16/12 | Draft email to M. Roth regarding settlement motion. | SBAKER | 0.20 |
| 07/16/12 | Telephone call with M. Roth regarding turnover of settlement documents. | SBAKER | 0.10 |
| 07/16/12 | Draft correspondence to M. Roth regarding turnover of settlement documents. | SBAKER | 0.50 |
| 07/17/12 | Revise letter regarding turnover of settlement information. | SBAKER | 0.30 |
| 07/18/12 | Review settlement agreement. | SBAKER | 0.50 |
| 07/18/12 | Review emails from M. Roth regarding settlement negotiations. | SBAKER | 0.30 |
| 07/19/12 | Draft settlement motion. | SBAKER | 2.10 |
| 07/19/12 | Draft email to M. Roth re: settlement motion. | SBAKER | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 4.20 | 325.00 | 1,365.00 |
| Total | | 4.20 | | 1,365.00 |

Total Fees: $ 1,365.00

# Quarles & Brady LLP

411 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Milwaukee and Madison, Wisconsin  
Naples and Tampa, Florida  
Phoenix and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:  1806666  
Invoice Date:    December 31, 2012

Privileged & Confidential

Philip V. Martino as Trustee for Caroline F. Fiermuga  
Suite 4000  
300 North LaSalle Street  
Chicago, IL 60654

For Professional Services Rendered Through December 31, 2012  
Re: Caroline F. Fiermuga - General/Costs Chapter 7  
Bankruptcy  
Q & B Matter Number: 147912.00006

|                          |              |
|--------------------------|-------------:|
| Current Disbursements:   | $   136.70   |
| Current Total Due:       | $   136.70   |
| **TOTAL AMOUNT DUE:**    | **$   136.70** |

EXHIBIT C

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Caroline F. Fiermuga Caroline F. Fiermuga, Chapter 7 Bankruptcy  
RE: Caroline F. Fiermuga - General/Costs Chapter 7 Bankruptcy  
Q & B Matter Number: 147912.00006

December 31, 2012  
Invoice Number: 1806666  
Page 2

**DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| 08/09/12 | Baker, Sarah, K. Cab to Court 219 S. Dearborn at 9:30 a.m. | $ | 7.00 |
| 08/09/12 | Baker, Sarah, K. Cab to office from Court 219 S. Dearborn at 11:00 a.m.. | | 7.00 |
| 08/09/12 | Baker, Sarah, K. Cab to Court 219 S. Dearborn at 11:30 a.m. | | 7.00 |
| 08/09/12 | Baker, Sarah, K. Cab to office from Court 219 S. Dearborn at 1:00 p.m. | | 7.00 |
| | Copy charges | | 62.40 |
| | Pacer research charges | | 46.30 |
| | Total Disbursements: | $ | 136.70 |
| | Total Fees and Disbursements: | $ | 136.70 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate through 2011 was $525.00 and his hourly billing rate for fiscal year 2012 was $550.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her fiscal year 2012 hourly billing rate was $325.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 19 years. Her hourly billing rate is $175.00.

EXHIBIT D

**STATE OF ILLINOIS** )
                      ) SS
**COUNTY OF COOK**    )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate each month and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\18580747.1                                                    EXHIBIT E

10. I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2