JACK B. SCHMETTERER
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| FIERMUGA, CAROLINE F | § | Case No. 12-19259 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE BANKRUPTCY COURT
   219 SOUTH DEARBORN STREET, ROOM 713
   CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/31/2013 in Courtroom 682,
   United States Courthouse
   219 South Dearborn
   Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/31/2012          By: Clerk of the Bankruptcy Court
                                     Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
FIERMUGA, CAROLINE F § Case No. 12-19259
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,878.21 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 9,878.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 1,737.82 | $ 0.00 | $ 1,737.82 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 4,176.00 | $ 0.00 | $ 4,176.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 18.40 | $ 0.00 | $ 18.40 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,932.22 |
| Remaining Balance | $ | 3,945.99 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,241.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury | $ 1,871.99 | $ 0.00 | $ 1,871.99 |
| 000004A | Illinois Department of Revenue | $ 370.00 | $ 0.00 | $ 370.00 |

Total to be paid to priority creditors $ 2,241.99

Remaining Balance $ 1,704.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,839.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | GE Capital Retail Bank | $ 1,019.55 | $ 0.00 | $ 69.94 |
| 000003 | Quantum3 Group LLC as agent for | $ 817.24 | $ 0.00 | $ 56.06 |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ 14,066.28 | $ 0.00 | $ 964.96 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | PYOD, LLC its successors and assigns as assignee | $ 8,780.02 | $ 0.00 | $ 602.32 |
| 000007 | AT&T Mobility II LLC | $ 156.22 | $ 0.00 | $ 10.72 |

    Total to be paid to timely general unsecured creditors    $    1,704.00

    Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                        Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Caroline F Fiermuga  
    Debtor  

Case No. 12-19259-JBS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cgreen     Page 1 of 3     Date Rcvd: Jan 02, 2013  
                     Form ID: pdf006    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2013.

```
db         +Caroline F Fiermuga,    3456 Elaine Pl. #2,    Chicago, IL 60657-9521
aty        +Quarles & Brady LLP,    300 North LaSalle Street,    Suite 4000,    Chicago, IL 60654-5427
19435457   +AT&T Mobility II LLC,    % AT&T Services, Inc,    James Grudus, Esq.,    One AT&T Way, Room 3A218,
             Bedminster, NJ 07921-2693
18896682    AT&T mobility,    PO BOX 6428,    Carol Stream, IL 60197-6428
18896681   +Advocate Illinois Masonic Medical,    836 W. Wellington,    Chicago, IL 60657-5147
18896683   +Chase Manhattan,    Attn: Bankruptcy Research Dept,    P.O. Box 24696,    Columbus, OH 43224-0696
18896684   +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18896685   +EOS CCA,    700 Longwater Dr,    Norwell, MA 02061-1624
18896686   +Fox Glen Gastro,    200 Fox Glen,    Barrington, IL 60010-1809
18896688   +Global Credit & Collection Corp.,    300 International Drive,    Suite 100,
             Buffalo, NY 14221-5783
18896689  ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
           (address filed with court: Hsbc/bsbuy,    Po Box 15519,    Wilmington, DE 19850)
19292884    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
             Chicago, Illinois 60664-0338
18896690   +Illinois Department of Revenue,    Bankruptcy Section,    100 W. Randolph, Ste. 7-425,
             Chicago, IL 60601-3290
18896692   +Meyer & Njus, P.A.,    29 S LaSalle St. Suite 635,    Chicago, IL 60603-1559
18896693   +Midwest Diagnostic Pathology, SC,    75 Remittance Drive,    Suite 3070,    Chicago, IL 60675-3070
18896694   +PPIL,    18 S Michigan Ave 6th Fl,    Chicago, IL 60603-3200
18896695    Prime Care Family Physicians,    955 Livingston Ln,    Barrington, IL 60010-6436
18896696   +Transworld Systems, inc,    1375 E Woodfield Rd. #110,    Schaumburg, IL 60173-5423
18896697   +United Collect Bureau Inc.,    5620 Southwyck Blvd.,    Toledo, OH 43614-1501
18896698   +Wfnnb/express,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
18896699   +Wicker Park Health Center,    18 S Michigan Ave 6th FL,    Chicago, IL 60603-3200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18896691    E-mail/Text: cio.bncmail@irs.gov Jan 03 2013 04:27:47     Department of the Treasury,
             Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
19179293    E-mail/PDF: rmscedi@recoverycorp.com Jan 03 2013 04:47:41     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18896687   +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2013 04:47:27     GEMB / Old Navy,    Attention: GEMB,
             Po Box 103104,    Roswell, GA 30076-9104
19367216   +E-mail/Text: resurgentbknotifications@resurgent.com Jan 03 2013 04:28:49
             PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
19264327    E-mail/Text: bnc-quantum@quantum3group.com Jan 03 2013 04:33:22
             Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
             Kirkland, WA  98083-0788
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: cgreen              Page 2 of 3              Date Rcvd: Jan 02, 2013
                              Form ID: pdf006           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 04, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: cgreen              Page 3 of 3                  Date Rcvd: Jan 02, 2013
                               Form ID: pdf006           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2012 at the address(es) listed below:
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino, ESQ   on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
          Philip V Martino, ESQ   philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
          Sarah Baker   on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com
          Terrance S Leeders   on behalf of Debtor Caroline F Fiermuga tleeders@leederslaw.com
                                                                                        TOTAL: 5