JACK B. SCHMETTERER
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| FIERMUGA, CAROLINE F | § § § | Case No. 12-19259 |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 11,683.11　　　　　　　　Assets Exempt: 5,536.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,945.99　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　Without Payment: 39,474.56

Total Expenses of Administration: 5,932.22

---

3) Total gross receipts of $ 9,878.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 9,878.21 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,932.22 | 5,932.22 | 5,932.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,000.00 | 2,241.99 | 2,241.99 | 2,241.99 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,531.25 | 24,839.31 | 24,839.31 | 1,704.00 |
| **TOTAL DISBURSEMENTS** | $ 40,531.25 | $ 33,013.52 | $ 33,013.52 | $ 9,878.21 |

4) This case was originally filed under chapter 7 on 05/11/2012. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/10/2013              By:/s/PHILIP V. MARTINO
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sexual Harassment Lawsuit | 1249-000 | 9,878.21 |
| **TOTAL GROSS RECEIPTS** | | **$ 9,878.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 1,737.82 | 1,737.82 | 1,737.82 |
| QUARLES & BRADY LLP | 3110-000 | NA | 4,176.00 | 4,176.00 | 4,176.00 |
| QUARLES & BRADY LLP | 3120-000 | NA | 18.40 | 18.40 | 18.40 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,932.22 | $ 5,932.22 | $ 5,932.22 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Centralized Insolvency Operations PO BOX 7346 Philadelphia, PA 19101-7346 | | 2,000.00 | NA | NA | 0.00 |
| 000001A | DEPARTMENT OF THE TREASURY | 5800-000 | 0.00 | 1,871.99 | 1,871.99 | 1,871.99 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 370.00 | 370.00 | 370.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,000.00 | $ 2,241.99 | $ 2,241.99 | $ 2,241.99 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Illinois Masonic Medical 836 W. Wellington Chicago, IL 60657 | | 10,448.25 | NA | NA | 0.00 |
| | EOS CCA 700 Longwater Dr Norwell, MA 02061 | | 0.00 | NA | NA | 0.00 |
| | Fox Glen Gastro 200 Fox Glen Barrington, IL 60010 | | 475.00 | NA | NA | 0.00 |
| | Global Credit & Collection Corp. 300 International Drive Suite 100 Buffalo, NY 14221 | | 0.00 | NA | NA | 0.00 |
| | Meyer & Njus, P.A. 29 S LaSalle St. Suite 635 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Diagnostic Pathology, SC 75 Remittance Drive Suite 3070 Chicago, IL 60675 | | 2,146.00 | NA | NA | 0.00 |
| | PPIL 18 S Michigan Ave 6th Fl Chicago, IL 60603-3206 | | 270.00 | NA | NA | 0.00 |
| | Prime Care Family Physicians 955 Livingston Ln Barrington, IL 60010-6436 | | 840.00 | NA | NA | 0.00 |
| | Transworld Systems, inc 1375 E Woodfield Rd. #110 Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |
| | United Collect Bureau Inc. 5620 Southwyck Blvd. Toledo, OH 43614 | | 0.00 | NA | NA | 0.00 |
| | Wicker Park Health Center 18 S Michigan Ave 6th FL Chicago, IL 60603 | | 160.00 | NA | NA | 0.00 |
| 000007 | AT&T MOBILITY II LLC | 7100-000 | 185.00 | 156.22 | 156.22 | 10.72 |
| 000002 | MIDLAND FUNDING | 7100-000 | 787.00 | 1,019.55 | 1,019.55 | 69.94 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 13,640.00 | 14,066.28 | 14,066.28 | 964.96 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 8,780.00 | 8,780.02 | 8,780.02 | 602.32 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 800.00 | 817.24 | 817.24 | 56.06 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 38,531.25 | $ 24,839.31 | $ 24,839.31 | $ 1,704.00 |

Page: 1
Exhibit 8

0/1/2010
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 12-19259 JBS Judge: JACK B. SCHMETTERER  Trustee Name: PHILIP V. MARTINO
Case Name: FIERMUGA, CAROLINE F  Date Filed (f) or Converted (c): 05/11/12 (f)
  341(a) Meeting Date: 07/12/12
For Period Ending: 04/10/13  Claims Bar Date: 10/15/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT WITH CHASE BANK | 23.11 | 0.00 | | 0.00 | FA |
| 2. SAVINGS ACCOUNT WITH CHASE | 60.00 | 0.00 | | 0.00 | FA |
| 3. MISCELLANEOUS HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS HOUSEHOLD GOODS, LIEN HELD BY BEST B | 500.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS BOOKS, CD'S, VIDEOS | 200.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS COSTUME JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 8. 0 | 9,700.00 | 0.00 | | 0.00 | FA |
| 9. Sexual Harassment Lawsuit (u) | 0.00 | 9,878.21 | | 9,878.21 | FA |
| TOTALS (Excluding Unknown Values) | $11,683.11 | $9,878.21 | | $9,878.21 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/13    Current Projected Date of Final Report (TFR): 06/30/13

Page: 1
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-19259 | JBS |
|---|---|---|
| Case Name: | FIERMUGA, CAROLINE F | |
| Taxpayer ID No: | *******3584 | |
| For Period Ending: | 04/10/13 | |

| Trustee Name: | PHILIP V. MARTINO |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8084  Congressional Bank Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/12 | 9 | Lawyers Trust Fund of Illinois Orum & Roth LLC | BALANCE FORWARD<br>Settlement funds | 9,878.21 | 0.00 | 9,878.21 |
| 02/06/13 | 003001 | PHILIP V. MARTINO QUARLES & BRADY LLP SUITE 4000 300 NORTH LASALLE STREET CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | | 1,737.82 | 8,140.39 |
| 02/06/13 | 003002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 4,194.40 | 3,945.99 |
| 02/06/13 | 003003 | Department of the Treasury Internal Revenue Service PO BOX 7346 Philadelphia, PA 19101-7346 | Claim 000001A, Payment 100.000000% | | 1,871.99 | 2,074.00 |
| 02/06/13 | 003004 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Claim 000004A, Payment 100.000000% | | 370.00 | 1,704.00 |
| 02/06/13 | 003005 | Midland Funding as Assignee for GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000002, Payment 6.85989%<br>(2-1) OLD NAVY or GEMB | | 69.94 | 1,634.06 |
| 02/06/13 | 003006 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000003, Payment 6.85967%<br>(3-1) Unsecured Debt | | 56.06 | 1,578.00 |
| 02/06/13 | 003007 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 | Claim 000005, Payment 6.86009% | | 964.96 | 613.04 |
| | | | Page Subtotals | 9,878.21 | 9,265.17 | |

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.01

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-19259 JBS | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | FIERMUGA, CAROLINE F | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | ******8084 Congressional Bank Checking Account |
| Taxpayer ID No: | *******3584 | | |
| For Period Ending: | 04/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/13 | 003008 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000006, Payment 6.86012% | | 602.32 | |
| 02/06/13 | 003009 | AT&T Mobility II LLC<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Claim 000007, Payment 6.86212%<br>(7-1) WIRELESS SERVICE | | 10.72 | |

```
                                        COLUMN TOTALS                  9,878.21         9,878.21
                                        Less:  Bank Transfers/CD's          0.00             0.00
                                        Subtotal                       9,878.21         9,878.21
                                        Less:  Payments to Debtors         0.00             0.00
                                        Net                            9,878.21         9,878.21

                                        TOTAL - ALL ACCOUNTS       NET DEPOSITS           NET          ACCOUNT
                                                                                      DISBURSEMENTS    BALANCES
                              Congressional Bank Checking Account - ********8084
                                                                    9,878.21         9,878.21         0.00

                                                                    (Excludes Account  (Excludes Payments  Total Funds
                                                                       Transfers)       To Debtors)        On Hand

                                              Page Subtotals            0.00            613.04
```