JACK B. SCHMETTERER
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FIERMUGA, CAROLINE F | § | Case No. 12-19259 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/PHILIP V. MARTINO_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Centralized Insolvency Operations PO BOX 7346 Philadelphia, PA 19101-7346 | | | | | |
| 000001A | DEPARTMENT OF THE TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Illinois Masonic Medical 836 W. Wellington Chicago, IL 60657 | | | | | |
| | EOS CCA 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | Fox Glen Gastro 200 Fox Glen Barrington, IL 60010 | | | | | |
| | Global Credit & Collection Corp. 300 International Drive Suite 100 Buffalo, NY 14221 | | | | | |
| | Meyer & Njus, P.A. 29 S LaSalle St. Suite 635 Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Midwest Diagnostic Pathology, SC 75 Remittance Drive Suite 3070 Chicago, IL 60675 |  |  |  |  |  |
|  | PPIL 18 S Michigan Ave 6th Fl Chicago, IL 60603-3206 |  |  |  |  |  |
|  | Prime Care Family Physicians 955 Livingston Ln Barrington, IL 60010-6436 |  |  |  |  |  |
|  | Transworld Systems, inc 1375 E Woodfield Rd. #110 Schaumburg, IL 60173 |  |  |  |  |  |
|  | United Collect Bureau Inc. 5620 Southwyck Blvd. Toledo, OH 43614 |  |  |  |  |  |
|  | Wicker Park Health Center 18 S Michigan Ave 6th FL Chicago, IL 60603 |  |  |  |  |  |
| 000007 | AT&T MOBILITY II LLC |  |  |  |  |  |
| 000002 | MIDLAND FUNDING |  |  |  |  |  |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

6/1/2016

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 12-19259 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FIERMUGA, CAROLINE F | | | Date Filed (f) or Converted (c): | 05/11/12 (f) |
| | | | | 341(a) Meeting Date: | 07/12/12 |
| For Period Ending: 04/10/13 | | | | Claims Bar Date: | 10/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT WITH CHASE BANK | 23.11 | 0.00 | | 0.00 | FA |
| 2. SAVINGS ACCOUNT WITH CHASE | 60.00 | 0.00 | | 0.00 | FA |
| 3. MISCELLANEOUS HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS HOUSEHOLD GOODS, LIEN HELD BY BEST B | 500.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS BOOKS, CD'S, VIDEOS | 200.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS COSTUME JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 8. 0 | 9,700.00 | 0.00 | | 0.00 | FA |
| 9. Sexual Harassment Lawsuit (u) | 0.00 | 9,878.21 | | 9,878.21 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $11,683.11 | $9,878.21 | | $9,878.21 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/13    Current Projected Date of Final Report (TFR): 06/30/13

LFORM1    Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-19259 JBS | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | FIERMUGA, CAROLINE F | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8084 Congressional Bank Checking Account |
| Taxpayer ID No: | *******3584 | | | |
| For Period Ending: | 04/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 08/17/12 | 9 | Lawyers Trust Fund of Illinois<br>Orum & Roth LLC | Settlement funds | 9,878.21 | | 9,878.21 |
| 02/06/13 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | | 1,737.82 | 8,140.39 |
| 02/06/13 | 003002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 4,194.40 | 3,945.99 |
| 02/06/13 | 003003 | Department of the Treasury<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Claim 000001A, Payment 100.00000% | | 1,871.99 | 2,074.00 |
| 02/06/13 | 003004 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000004A, Payment 100.00000% | | 370.00 | 1,704.00 |
| 02/06/13 | 003005 | Midland Funding as Assignee for<br>GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 6.85989%<br>(2-1) OLD NAVY or GEMB | | 69.94 | 1,634.06 |
| 02/06/13 | 003006 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 6.85967%<br>(3-1) Unsecured Debt | | 56.06 | 1,578.00 |
| 02/06/13 | 003007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008 | Claim 000005, Payment 6.86009% | | 964.96 | 613.04 |

| | | | Page Subtotals | 9,878.21 | 9,265.17 | |

LFORM2

Ver: 17.01

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-19259   JBS | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | FIERMUGA, CAROLINE F | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8084  Congressional Bank Checking Account |
| Taxpayer ID No: | *******3584 | | | |
| For Period Ending: | 04/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/13 | 003008 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000006, Payment 6.86012% | | 602.32 | 10.72 |
| 02/06/13 | 003009 | AT&T Mobility II LLC<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Claim 000007, Payment 6.86212%<br>(7-1) WIRELESS SERVICE | | 10.72 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 9,878.21 | 9,878.21 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,878.21 | 9,878.21 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 9,878.21 | 9,878.21 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Congressional Bank Checking Account - ********8084 | 9,878.21 | 9,878.21 | 0.00 |
| | 9,878.21 | 9,878.21 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          613.04

LFORM2

Ver: 17.01

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*